# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS
### NO. _____

FILED IN
COURT OF CRIMINAL APPEALS

APR 1 4 2015

Abel Acosta, Clerk

JONATHAN GLEN JOHNSON
Appellant,

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

On Appeal from the
263rd District Court of
Harris County, Texas;
Trial Cause Numbers 1377006 &
1377007

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

JONATHAN GLEN JOHNSON, Petitioner in the above cause number, would respectfully request the Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

### I.

This appeal lies from Appellant's convictions in *The State of Texas v. Jonathan Glen Johnson,* Cause Numbers 1377006 and 1377007 in the 263rd District Criminal Court of Harris County, Texas. Mr. Johnson was charged in two separate indictments with aggravated robbery. On November 7, 2013, he pled guilty, without the benefit of a plea bargain, to both charges. On January 30, 2014, a sentencing

hearing was held and at the conclusion of the hearing the court sentenced Mr. Johnson to fifteen (15) years confinement on both counts with the two sentences running concurrently. Notice of Appeal was timely filed on February 18, 2014. A motion for new trial was filed on March 3, 2014, but overruled by operation of law without a hearing on April 15, 2014.

## II.

Appellant is requesting an extension of time in order to fully evaluate the issues to be raised in the PDR. An extension of time is necessary so that the petition for discretionary review can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for ninety days and extend the time for filing the petition until July 8, 2015.

Respectfully submitted,

*Jonathan G. Johnson*

Mr. Jonathan Johnson
TDCJ No. 01943739
James V. Allred unit
2101 FM 369 North
Iowa Park, Texas 76367

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by mailing same to the following parties on this the 7th day of ___April___, 2015:

Mr. Eric Kugler
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

*Jonathan G. Johnson*

Jonathan Glen Johnson, PRO SE